

# Fourth Court of Appeals
## San Antonio, Texas

September 6, 2022

No. 04-22-00005-CV

John **DOE**,
Appellant

v.

**ROMAN CATHOLIC ARCHDIOCESE OF SAN ANTONIO**, By and Through the Apostolic Administrator and Archbishop Gustavo Garcia-Siller and Archbishop Emeritus Patrick Flores, Their Predecessors and Successors, as Archbishop of the Roman Catholic Archdiocese of San Antonio, Father Jesus Armando Dominguez, and Father Virgilio Elizondo,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI08589
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellant's reply brief is due September 19, 2022. On September 2, 2022, appellant filed an unopposed motion requesting a thirty-day extension of time to file its sealed reply brief. The motion is GRANTED, and appellant is ORDERED to file his sealed reply brief **no later than October 19, 2022**.

It is so **ORDERED** on September 6, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT